1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   UNITED AFRICAN-ASIAN ABILITIES          Case No. 1:18-cv-00094 DAD JLT
     CLUB, et al.,
12                                            **ORDER CLOSING THE ACTION**
                     Plaintiffs,
13          v.                                **(Doc. 6)**

14
     DELPINE TERRACEASSOCIATES, A
15   CALIFORNIA LIMITED PARTNERSHIP,

16                   Defendant.

17

18        The plaintiffs have filed a notice of voluntary dismissal. (Doc. 6)  No defendant has

19   appeared in this action.  Thus, according to Fed. R. Civ.P. 41, the dismissal is effective without

20   an order of the Court.  Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).  Therefore,

21   the Clerk of the Court is DIRECTED to close this action.

22
     IT IS SO ORDERED.
23

24        Dated:  __**March 26, 2018**__          ____**/s/ Jennifer L. Thurston**____
                                                  UNITED STATES MAGISTRATE JUDGE
25

26

27

28